Fla., E. William Gautier, New Smyrna Beach, Fla., Harry G. Kincaid, Jacksonville, Fla., Gordon G. Oldham, Jr., Leesburg, Fla., for appellees.

Before BROWN and WISDOM, Circuit Judges, and CHRISTENBERRY, District Judge.

PER CURIAM.

After careful consideration of this appeal, this Court is of the opinion that the district court properly dismissed the complaint.

Judgment is

Affirmed.

NEW YORK CREDIT MEN'S ADJUST-MENT. BUREAU, INC., as Trustee in Bankruptcy of Warburton Paint & Wallpaper Co., Inc., Plaintiff-Appellee,

v.

VALBETRO FACTORS, INC., Defendant-Appellant.

No. 285, Docket 27283.

United States Court of Appeals Second Circuit.

Argued March 30, 1962.

Decided April 16, 1962.

Julius Zizmor, New York City, for plaintiff-appellee.

Lawrence C. Gutman, New York City (Raines & Gutman, New York City, on the brief), for defendant-appellant.

Before MEDINA, SMITH and HAYS, Circuit Judges.

PER CURIAM.

None of the findings below were, in our judgment, clearly erroneous. There was sufficient proof to support each of these findings. Moreover, we find no basis in the record for the charge that the amounts directed to be paid by appellant are in the nature of punitive damages.

Affirmed.

Halbert Fisher CALVERT

v.

UNITED STATES of America.

No. 17043.

United States Court of Appeals Eighth Circuit.

April 23, 1962.

Halbert Fisher Calvert, pro se.

D. Jeff. Lance, U. S. Atty., for United States.

Appeal docketed and dismissed on motion of appellee.